**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **KEVIN BARRY**, et al.<br><br>**Plaintiffs,**<br>**v.**<br><br>**ISLAMIC REPUBLIC OF IRAN,**<br><br>**Defendant.** | **Civil Action No.: 1:16-cv-01625-RC** |

**CONSENT MOTION TO APPOINT SPECIAL MASTERS**
**OR FOR EXPEDITED HEARING**

The Smith Plaintiffs, through undersigned counsel, hereby respectfully move the Court, on an "emergency" basis, to appoint Special Masters to consider and issue reports and recommendations on compensatory damages issues in this matter, or in the alternative, for an expedited hearing on their pending Consent Motion for similar relief, filed on January 19, 2018 (the "Consent Motion") (Dkt. 23). The Smith Plaintiffs do not make such urgent requests lightly, and do so here with respect and deference to the Court.

This Motion asks for the appointment of Special Masters without prejudice to the Court's continued consideration and resolution of any other factual or legal issues presented by the case, including the statute of limitations issues identified by the Court, and the Court's ultimate resolution of those issues. In other words, the Court may issue the requested order while reserving decision on any and all other issues in the case.

A Proposed Order and Memorandum in Support of this Motion are attached hereto.

Dated: July 20, 2018

Respectfully submitted,

*/s/ Aryeh S. Portnoy*
Aryeh S. Portnoy
Stuart H. Newberger
John L. Murino
Emily M. Alban

CROWELL & MORING LLP
1001 Pennsylvania Ave., N.W.
Washington, D.C. 20004
(202) 624-2500

*Attorneys for Smith Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the District of Columbia by using the CM/ECF system on July 20, 2018. The Defendant in this action could not be sent a copy of the foregoing Motion and Memorandum in Support as it has not yet entered an appearance and/or has not acknowledged other efforts to contact it in this case or others similar to it. Notice of this filing will be sent by electronic mail to Plaintiff's counsel of record by operation fo the Court's CM/ECF system.

*/s/ Aryeh S. Portnoy*
Aryeh S. Portnoy

July 20, 2018