**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

KEVIN BARRY, *et al.*,

Plaintiffs,

v.

THE ISLAMIC REPUBLIC OF IRAN,

Defendant.

Civil Action No. 1:16-cv-01625-RC

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THE SMITH PLAINTIFFS' MOTION FOR LEAVE TO FILE SPECIAL MASTER'S REPORT AND RECOMMENDATION UNDER SEAL**

Pursuant to Fed. R. Civ. P. 26(c)(1) and Local Civil Rule 5, the Smith Plaintiffs hereby respectfully request this Court for leave to file the Special Master's Report and Recommendation containing findings of fact and conclusions of law with respect to the Smith Plaintiffs in this matter, including any attachments, addenda, or exhibits thereto, under seal.

The Special Master's Report and Recommendation and accompanying documents will contain the real names and other identifying information of certain Smith Plaintiffs (the "Lebanon Smith Plaintiffs") who have real fear of possible death or physical and/or mental harm in retaliation for proceeding with this suit. Based on these concerns, this Court already has ordered that the Smith Plaintiffs may proceed in this litigation without disclosing the real names or addresses of the Lebanon Smith Plaintiffs, and the Smith Plaintiffs seek herein to further protect the Lebanon Smith Plaintiffs and their family members by shielding their identities.

If it would assist the Court, the Smith Plaintiffs are prepared to submit a proposed redacted version of the Special Master's Report and Recommendation and accompanying documents, or

any other document the Court may issue upon its review of the Special Master's submission, that may be placed on the public record without disclosing the Lebanon Smith Plaintiffs' identities.

**Background and Procedural History**

The Smith Plaintiffs are all victims of the April 18, 1983 terrorist attack on the United States Embassy in Beirut, Lebanon ("1983 Attack") and/or the September 20, 1984 terrorist attack on the United States Embassy Annex in Beirut, Lebanon ("1984 Attack") (collectively, the "Beirut Embassy Attacks"). The Smith Plaintiffs can be divided into two categories:

1. Individuals employed by, or performing contracts awarded by, the United States Government who were injured and/or killed as a result of the Beirut Embassy Attacks.

2. Immediate family members of those employee/contractor victims who suffered severe emotional distress as a result of the attacks on their loved ones.

The majority of the Smith Plaintiffs are Lebanese residents who continue to reside in Lebanon, where agents of Defendant Islamic Republic of Iran, including Hizbollah, are quite active. The Lebanon Smith Plaintiffs and their family members have real concern that the disclosure of their identities in this matter could lead to retaliation against them by Hizbollah or others that would result in death, or physical and/or mental harm to themselves, their families, or other innocent third parties.

On August 15, 2017, the Smith Plaintiffs filed their Consent Motion to Intervene and to Proceed Pseudonymously, in which they explained the basis for their concerns and requested this Court to allow them to proceed pseudonymously and without disclosing the Lebanon Smith Plaintiffs' identities. *See* Dkt. No. 12-1 (citing *JW v. District of Columbia*, 318 F.R.D. 196 (D.D.C. 2016) ("[A]nonymous litigation is also permissible where there is a 'real danger of physical harm.'")). On November 15, 2017, this Court granted the Motion, permitting the Smith Plaintiffs to proceed without disclosing the identities of the Lebanon Smith Plaintiffs. Dkt. No.

14. On November 15, 2017, the Smith Plaintiffs filed their Complaint omitting the Lebanon Smith Plaintiffs true names and addresses, instead using aliases. Dkt. No. 17.

On June 18, 2019, this Court appointed Mr. Paul Griffin as the Special Master for the administration of the compensatory damages claims of the Smith Plaintiffs in this matter. The Court further ordered Mr. Griffin to submit a report containing findings of fact and conclusions of law as to each of the Smith Plaintiffs' claims. Dkt. No. 36. On July 25, 2019, the Special Master informed the Court of his intention to submit his report by August 9, 2019. The Special Master's Report and Recommendation will contain findings of fact and conclusions of law, including with respect to the Lebanon Smith Plaintiffs.

**Argument**

Pursuant to Federal Rule of Civil Procedure 5.2(d), this Court may order that "a filing be made under seal without redaction." Local Rule 5.1(h) states:

> Absent statutory authority, no case or document may be sealed without an order from the Court. A document filed with the intention of it being sealed in an otherwise public case must be filed by electronic means in a manner authorized by the Clerk and shall be accompanied by a motion to seal. The document will be treated as sealed, pending the outcome of the ruling on the motion. Failure to file a motion to seal will result in the pleading being placed in the public record.

The Smith Plaintiffs have demonstrated to this Court why the Lebanon Smith Plaintiffs should be permitted to proceed pseudonymously in this matter, and without disclosure of their identities. Specifically, disclosure of this information could subject the Lebanon Smith Plaintiffs, their family members, or innocent third parties to injury or death, especially in Lebanon. This Court already has authorized the Lebanon Smith Plaintiffs to proceed pseudonymously in this case. However, the purposes which the Court's order sought to accomplish would be thwarted and the Lebanon Smith Plaintiffs' safety imperiled if the Special Master's Report and Recommendation is filed publicly.

For reasons previously discussed in this proceeding, timing is of the essence for the Smith Plaintiffs. They have undertaken all efforts within their power to gather and submit their evidence to the Special Master in sufficient time, should they prevail and obtain judgments in their favor, to meet the September 13 deadline for applications to the U.S. Victims of State Sponsored Terrorism Fund. To accommodate this timing concern, the Smith Plaintiffs respectfully request this Court to allow the Special Master's Report and Recommendation to be filed under seal at this time. If it would assist the Court, while the Court is reviewing the Special Master's report, the Smith Plaintiffs are prepared to submit a proposed redacted version of that document (and any attachments), or any other document the Court may issue upon its review of the Special Master's submission, that may be placed on the public record without disclosing the Lebanon Smith Plaintiffs' identities.

**Conclusion**

For the reasons set forth herein, the Smith Plaintiffs respectfully request this Court to grant leave to file the Special Master's Report and Recommendation in this case regarding the Smith Plaintiffs under seal.

Dated: August 7, 2019

Respectfully submitted,

*/s/ Aryeh S. Portnoy*
Aryeh S. Portnoy, D.C. Bar No. 464507
Stuart H. Newberger, D.C. Bar No. 294793
John L. Murino, D.C. Bar No. 484818
Emily M. Alban, D.C. Bar No. 977035

CROWELL & MORING LLP
1001 Pennsylvania Ave., N.W.
Washington, D.C. 20004
(202) 624-2500

*Attorneys for Smith Plaintiffs*