# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| KEVIN BARRY, *et al.* | : | | |
| | : | | |
| Plaintiffs, | : | Civil Action No.: | 16-1625 (RC) |
| | : | | |
| v. | : | Re Document Nos.: | 13, 32 |
| | : | | |
| ISLAMIC REPUBLIC OF IRAN, | : | | |
| | : | | |
| Defendant. | : | | |
| | : | | |

# ORDER

### GRANTING IN PART AND DENYING IN PART BARRY PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT

For the reasons stated in the Court's Memorandum Opinion separately and contemporaneously issued, Plaintiffs' motion for default judgment (ECF Nos. 13, 32) is

**GRANTED IN PART AND DENIED IN PART**.

**SO ORDERED**.

Dated: September 4, 2019                                      RUDOLPH CONTRERAS
                                                             United States District Judge