**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**KEVIN BARRY**, et al.

**Plaintiffs,**

**v.**

**ISLAMIC REPUBLIC OF IRAN,**

**Defendant.**

**Civil Action No.: 1:16-cv-01625-RC**

**SMITH PLAINTIFFS' EMERGENCY MOTION**
**FOR EXPEDITED TELEPHONIC HEARING**

The Smith Plaintiffs respectfully request an expedited telephonic hearing (or in-person, if the court prefers) in the above-captioned matter on or before September 12, 2019 so that they may provide any further information the Court may require for the Court to determine if it is able to enter judgment with respect to *any* of the Smith Plaintiffs in advance of the September 13, 2019 deadline for submission of claims to the U.S. Victims of State Sponsored Terrorism Fund.

The Smith Plaintiffs are the victims and family members of the 1983 and 1984 terrorist attacks on the U.S. Embassy in Beirut which killed and injured hundreds of innocent victims. For various reasons, both procedural and otherwise, the Smith Plaintiffs were unable to bring suit to seek compensation for their injuries until 2017. Since then, they have complied with all of the deadlines set by the Court and have scrambled, literally out of desperation, to provide evidence sufficient to demonstrate their entitlement to relief in time to have even a chance to obtain some compensation from the U.S. Victims of State Sponsored Terrorism Fund this year. If the Smith Plaintiffs miss the September 13 deadline for those applications, the *earliest* any of them could obtain compensation, assuming this Court enters judgment and their applications are approved, would be in *2021*. Many of the Smith Plaintiffs are elderly, and the unfortunate reality is that

many may not live to experience any measure of justice for their decades-long pain and suffering if they do not have the opportunity to apply for the Fund this year; sadly, one died just last night.

The Smith Plaintiffs do not presume how this Court will rule on their claims. However, given that this Court (and many others) already have found Iran liable for the attacks, and this Court already has entered judgment on behalf of several of the Smith Plaintiffs' colleagues in this case (the Barry Plaintiffs),[1] the Smith Plaintiffs respectfully request an emergency hearing so that they may at least have an opportunity to answer any final questions the Court may have that might pose a barrier to entering judgment for *at least some* plaintiffs before the Fund deadline.

The Smith Plaintiffs further appreciate that they are a large group, and that even though the Special Master already has considered all of their claims and made recommendations to the Court on both law and damages, the Court may have questions it needs to consider with respect to individual claims. At a minimum, however, *the claims of the nine murdered victims and their families* are straightforward and, respectfully, given the consistent approach to damages in this Circuit for identical claims, should not require much by way of further consideration now that the Special Master has made his recommendations and submitted them to the Court.

Accordingly, and while the Smith Plaintiffs do not make such requests lightly, they respectfully request this Court to set an emergency hearing so that they may have the opportunity to answer any final questions the Court may have that pose any barrier to the Court deciding *at least some* of their claims in advance of the Fund deadline.

[1] Courts in this district and elsewhere have been issuing decisions rapidly over the past weeks on behalf of hundreds, if not thousands, of victims – many on an expedited basis – as they try to establish eligibility for compensation from the Fund. Several more decisions issued this week, and more are expected in the final days before the Fund closes its doors for this year.

Dated: September 11, 2019

Respectfully submitted,

/s/ Aryeh S. Portnoy

Aryeh S. Portnoy
John L. Murino
Emily M. Alban

CROWELL & MORING LLP
1001 Pennsylvania Ave., N.W.
Washington, D.C. 20004
(202) 624-2500

*Attorneys for Smith Plaintiffs*