UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEVIN BARRY, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>THE ISLAMIC REPUBLIC OF IRAN,<br><br>    Defendant. | Civil Action No. 1:16-cv-01625-RC |

**PROPOSED ORDER**

Upon consideration of The Smith Plaintiffs' Motion to Adopt the Special Master's Report and Recommendation As Supplemented (Dkt. Nos. 39, 52), it is hereby

**ORDERED** that the motion is **GRANTED**; and it is further

**ORDERED** that, the Court hereby adopts the Special Master's Report and Recommendation as supplemented and shall enter judgment on behalf of the Smith Plaintiffs consistent with the Report and Recommendation.

**SO ORDERED.**

Date: _____, 2019

                                Hon. Rudolph Contreras
                                United States District Judge