# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| KEVIN BARRY, *et al.* | : | | |
| | : | | |
| Plaintiffs, | : | Civil Action No.: | 16-1625 (RC) |
| | : | | |
| v. | : | Re Document No.: | 60 |
| | : | | |
| ISLAMIC REPUBLIC OF IRAN, | : | | |
| | : | | |
| Defendant. | : | | |

## ORDER

### CORRECTION OF ERRATA

The Court notes an erratum in its previously-issued disposition wherein it classified Jane Daughter EEESmith as the child of a directly-injured individual when she is in fact the daughter of an individual who was fatally injured in the 1984 terrorist attack in East Beirut, Lebanon. *Kevin Barry et al. v. Islamic Republic of Iran*, No. CV 16-1625 (RC), 2020 WL 549296, at *23 n.49 (D.D.C. Feb. 4, 2020). The Court thus exercises its authority pursuant to Federal Rule of Civil Procedure 60(a) and adjusts Jane Daughter EEESmith's award to the $5 million *Heiser* framework figure. *See Barry*, 2020 WL 549296, at *22 (discussing baseline award of $5 million for child of deceased victim). Accordingly, it is hereby:

**ORDERED** that the prior award to Jane Daughter EEESmith is stricken; and it is

**FURTHER ORDERED** that, for the reasons articulated in *Barry*, 2020 WL 549296, Jane Daughter EEESmith is awarded $5 million in compensatory damages pursuant to her intentional infliction of emotional distress claim under the Foreign Sovereign Immunities Act.

**SO ORDERED**.

Dated: February 10, 2020                                              RUDOLPH CONTRERAS
                                                                     United States District Judge